JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

ORIGINAL

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
EGYPTIAN GODDESS, INC.

**DEFENDANTS**
SWISA, INC.

(b) County of Residence of First Listed Plaintiff: **Denton**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Dallas**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

RECEIVED MAR 21 2003 CLERK, US DISTRICT COURT NORTHERN DISTRICT OF TEXAS

(c) Attorney's (Firm Name, Address, and Telephone Number)
Robert G. Oake, JR.
101 W. McDermott, Suite 109
972.727.7490

Attorneys (If Known)
**3-03CV0594-N**

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Title 35 §271, et seq. Patent Infringement

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ damages and injunction
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE March 21, 2003
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EGYPTIAN GODDESS, INC., | § | |
| | § | CIVIL ACTION NO. |
| Plaintiff, | § | |
| v. | § | **3-03CV0594-N** |
| | § | |
| SWISA, INC. and | § | |
| DROR SWISA, Individually, | § | |
| | § | A JURY IS DEMANDED |
| Defendants. | § | |

## COMPLAINT FOR PATENT INFRINGEMENT

Egyptian Goddess, Inc. for its Complaint for Patent Infringement against Defendant Swisa, Inc. and Defendant Dror Swisa states and alleges as follows:

### I. PARTIES

1. Plaintiff Egyptian Goddess, Inc. (hereinafter "Egyptian Goddess") is a corporation organized and existing under the laws of the State of Texas and doing business in this Judicial District.

2. Defendant Swisa, Inc. is a corporation organized and existing under the laws of the State of Texas with its principal place of business at 1700 Commerce, Suite 210, Dallas, Texas 75201. On information and belief, Defendant Swisa, Inc. has offered for sale, sold, and used infringing products in this Judicial District. Defendant Swisa, Inc. therefore is subject to personal jurisdiction in the State of Texas in this Judicial District. Defendant Swisa, Inc. may be served by serving its registered agent for service of process, Dror Swisa at (a) 1700 Commerce, Suite 210, Dallas, Texas 75201, (b) 411 Industrial Dr., Suite 107, Richardson, Texas 75081, or at (c) 6629 Pinebluff Drive, Plano, Texas.

3. Defendant Dror Swisa is an individual residing in the State of Texas with a last known address of 6629 Pinebluff Drive, Plano, Texas.. Dror Swisa has offered for sale, sold and used infringing products in this Judicial District. Defendant Dror Swisa therefore is subject to personal jurisdiction in the State of Texas in this Judicial District and may be served with process at (a) 1700 Commerce, Suite 210, Dallas, Texas 75201, (b) 411 Industrial Dr., Suite 107, Richardson, Texas 75081, or at (c) 6629 Pinebluff Drive, Plano, Texas.

## II. JURISDICTION AND VENUE

4. This action is for patent infringement arising under the Patent Laws of the United States, Title 35, United States Code, § 271 *et seq*.

5. This Court has jurisdiction of this action under 28 U.S.C. § 1338(a).

6. Defendant Swisa, Inc. is a Texas corporation with a principal place of business in this Judicial District and on information and belief has committed acts of patent infringement in this Judicial District. Defendant Dror Swisa is an individual residing in this Judicial District and has committed acts of patent infringement in this Judicial District. A substantial part of the events or omissions giving rise to the claims occurred in this Judicial District. Accordingly, venue is proper in this Court under 28 U.S.C. §§ 1391(b) (1) (2) and (d).

## III. DESIGN PATENT INFRINGEMENT

7. Egyptian Goddess is the exclusive licensee of all right, title and interest in and to United States Design Patent No. D467,389 entitled "Nail Buffer," duly issued on December 17, 2002 by the United States Patent and Trademark Office, a copy of which is attached hereto as Pleading Exhibit 1. Such right, title and interest include, without limitation, the right to sue and receive damages for past, present and future patent infringement.

8. On information and belief, Defendant Swisa, Inc. and Defendant Dror Swisa have

offered to sell, sold and used in this Judicial District, and offered to sell and sold to others in the United States, nail buffer products that fall within the scope of the claim of Patent No. D467,389, all in violation of 35 U.S.C. § 271, *et seq.*

9. On information and belief, the acts of infringement by Defendant Swisa, Inc. and Defendant Dror Swisa described above have been and continue to be intentional and willful.

10. Plaintiff Egyptian Goddess is entitled to damages as a result of the intentional and willful infringement of Defendant Swisa, Inc. and Defendant Dror Swisa, as provided by law.

11. On information and belief, Defendant Swisa, Inc. and Defendant Dror Swisa have caused irreparable damage to Plaintiff Egyptian Goddess by their acts of infringement as described above and will continue said acts of infringement unless permanently enjoined by this Court.

## IV. PRAYER FOR JUDGMENT AND RELIEF

WHEREFORE, Plaintiff Egyptian Goddess prays for a judgment against Defendant Swisa, Inc. and Defendant Dror Swisa as follows:

a. That U.S. Design Patent No. D467,389 is valid and enforceable;

b. That Defendant Swisa, Inc. and Defendant Dror Swisa have infringed U.S. Design Patent No. D467,389, and that such infringement was willful;

c. An award of damages to Plaintiff Egyptian Goddess against Defendant Swisa, Inc. and Defendant Dror Swisa for infringement of U.S. Design Patent No. D467,389, under 35 U.S.C. § 284 or § 289;

d. In the event Egyptian Goddess elects to recover damages under 35 U.S.C. § 284, an increase of the sums awarded to Plaintiff Egyptian Goddess to three times the actual damages, pursuant to 35 U.S.C. § 284;

e. That Defendant Dror Swisa and Defendant Swisa, Inc., its officers, agents, servants

and employees be permanently enjoined from infringing U.S. Design Patent No. D467,389;

  f. That this case be deemed as exceptional under 35 U.S.C. § 285 due to the intentional and willful infringement by Defendant Swisa, Inc. and Defendant Dror Swisa, and an award to Plaintiff Egyptian Goddess of attorneys' fees under 35 U.S.C. § 285;

  g. An award of prejudgment and post-judgment interest and costs of suit to Plaintiff Egyptian Goddess; and

  h. Such other and further relief as the Court deems proper and just.

## V. DEMAND FOR JURY TRIAL

Plaintiff Egyptian Goddess, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, demands a trial by jury on all issues triable by right by a jury.

        Respectfully submitted,

By: _____
        Robert G. Oake, Jr.
        Texas State Bar No. 15154300
        Law Office of Robert G. Oake, Jr.
        101 W. McDermott, Suite 109
        Allen, Texas 75013
        972.727.7490
        972.727.7496 (fax)