IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| EGYPTIAN GODDESS, INC., | § |
| Plaintiff and Counter-Defendant, | § |
| VS. | § |
| SWISA, INC. and DROR SWISA, INDIVIDUALLY, | § |
| Defendants, Counter-Plaintiffs and Third-Party Plaintiffs, | § CIVIL ACTION NO. 3-03-CV-0594-N |
| VS. | § |
| ADI TORKIYA, | § |
| Third-Party Defendant. | § |

## PLAINTIFF'S MOTION FOR CLAIM CONSTRUCTION

Pursuant to this Court's order of April 21, 2004, Plaintiff Egyptian Goddess, Inc. (Egyptian Goddess), serves on defendants this motion for claim construction, respectfully showing as follows:

Plaintiff hereby moves the Court to construe the claim of United States Design Patent D467,389. Since none of the features of the subject design patent are functional, this Court need not construe the subject design patent in words. Rather, after properly charging the jury on the law of design patent infringement, the Court should allow the jury to compare the accused nail buffer against the subject design patent.

[signature on following page]

Respectfully submitted,

By: /s/ Robert G. Oake, Jr.
Robert G. Oake, Jr.
Texas State Bar No. 15154300
Law Office Of Robert G. Oake, Jr.
101 W. McDermott, Suite 109
Allen, Texas 75013
972-727-7490
972-727-7496 (Fax)

Rudolf O. Siegesmund
Texas State Bar No. 18324570
4627 N. Central Expressway, Ste. 2000
Dallas, Texas 75205-4017
214.528.2407
214.528.2434 (fax)

ATTORNEYS FOR PLAINTIFF EGYPTIAN GODDESS, INC. and THIRD PARTY DEFENDANT ADI TORKIYA

CERTIFICATE OF SERVICE

I certify that on July 19, 2004, a true and correct copy of the foregoing was served under the Federal Rules of Civil Procedure to the following:

Frederick L. Medlin
KIRKPATRICK & LOCKHART LLP
2828 North Harwood Street, Suite 1800
Dallas, Texas 75201
Attorneys for Defendant

/s/ Robert G. Oake, Jr.
Robert G. Oake, Jr.

-2-